### No. 4.

#### SELECT MEN OF ROCKINGHAM *against* HUNT ET AL. *Windsor*, 1817.

IN an action of ejectment, where it appeared the defendant was in possession of the premises under a *lease*, from the plaintiff, and the cause of action was, the non payment of

rent ; the defendants cannot come in and be entitled to a time to redeem i. e. pay the rent, &c. under the 76th Section of the Judicary Act.